-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LAVORIS EVANS,

           Plaintiff,

           -v-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

DECISION AND ORDER
12-CV-6002CJS

---

    Plaintiff has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant this request, it needs sufficient information on which to base its determination.

    Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request. Specifically, plaintiff has not provided information from which the Court can evaluate how she supports herself. Plaintiff indicates that she has household expenses, but insufficient income or support to cover those expenses. This indicates that plaintiff's household includes income or support not reflected in plaintiff's application. Because the Court cannot grant the request on the basis of the information included in the application, plaintiff may have until **February 15, 2012** to submit a new application which includes all the necessary information, including the additional information described above.

    The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **February 15, 2012**, plaintiff must **either** submit a newly-completed application form which includes all of the above-described additional information needed for the Court's determination of the request **or** pay the full filing fee of $350.00. Plaintiff is forewarned that failure to comply with this order by either submitting a new and complete application or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this order by February 15, 2012, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

SO ORDERED.

Dated:   JAN. 13          , 2012
Rochester, New York

_____
CHARLES J. SIRAGUSA
United States District Judge